# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JERRY OFOSUHENE** | |
| Petitioner(s) | |
| v. | Civil Action No. **1:20–CV–10485–PBS** |
| **WILLIAM P. BARR** | |
| Respondent(s) | |

## PROCEDURAL ORDER

Petitioner has submitted for filing a petition for writ of habeas corpus accompanied by a motion to proceed without prepayment of the filing fee. Petitioner did not submit a certified copy of petitioner's prison account statement.

A party filing a habeas action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions; or (2) seek leave to proceed without prepayment of the filing fee. See 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings in forma pauperis). The motion for leave to proceed without payment of the filing fee must be accompanied by "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2) of the Rules Governing Section 2254 Cases.[1]

Accordingly, petitioner's motion to proceed without prepayment of the filing fee is DENIED without prejudice. If petitioner wishes to proceed with this action, within 21 days of the date of this Procedural Order, petitioner must either (1) pay the $5.00 filing fee; or (2) file a new motion to proceed in forma pauperis accompanied by a certified prison account statement. Failure of petitioner to comply with this directive may result in the dismissal of this action without prejudice.

The Clerk shall provide petitioner with an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

/s/ – **Patti B. Saris**
UNITED STATES DISTRICT JUDGE

Dated:   March 25, 2020

---

[1] The rules governing petitions brought pursuant to 28 U.S.C. § 2254 cases may be applied at the discretion of the District Court to other habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases.